UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIE AGHAYEVA,<br><br>                              Petitioner,<br><br>            -v.-<br><br>KENNETH GENALO, *Field Office Director of New York ICE Enforcement and Removal Operation*; OFFICER-IN-CHARGE/SUPERVISORY DETENTION & DEPORTATION OFFICER, *NYC Field Office Hold Room (26 Federal Plaza)*; TODD LYONS, *Acting Director U.S. Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; PAMELA BONDI, *U.S. Attorney General*; DEPARTMENT OF HOMELAND SECURITY (DHS); EXECUTIVE OFFICE OF IMMIGRATION REVIEW (EOIR),<br><br>                              Respondents. | 26 Civ. 1602 (JGK)<br><br>**ORDER** |

KATHERINE POLK FAILLA, United States District Judge:

On February 26, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  (Dkt. #1).  The Court, having examined the petition in this action, and in its capacity as Part I Judge, hereby ORDERS that:

(i) On or before **February 27, 2026**, the Government shall file a letter with the following information:

a. Petitioner's A-number and current place of detention;

1

      b. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;

      c. A copy of any final order of removal;

      d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

      e. An indication of whether this case is distinguishable from previous cases decided by this Court, *see, e.g.*, *Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF), and by the Judge assigned to this case, *see, e.g.*, *Romero* v. *Francis*, No. 25 Civ. 8112 (JGK), 2025 WL 3110459 (S.D.N.Y. Nov. 6, 2025); *Wang* v. *Genalo*, No. 25 Civ. 9460 (JGK), 2025 WL 3471222 (S.D.N.Y. Dec. 3, 2025).

(ii) On or before **March 3, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii) Petitioner shall have the opportunity to reply on or before **March 5, 2026**.

(iv) The parties shall appear for a conference regarding the petition on **March 6, 2026**, at **2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

(v)     To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal. *See, e.g., M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(vi)     Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

    SO ORDERED.

Dated:    February 26, 2026
            New York, New York

*[signature: Katherine Polk Failla]*

                                KATHERINE POLK FAILLA
                                United States District Judge
                                                Part I