UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLIE AGHAYEVA,<br><br>                              Petitioner,<br><br>            -v.-<br><br>KENNETH GENALO, *Field Office Director of New York ICE Enforcement and Removal Operation*; OFFICER-IN-CHARGE/SUPERVISORY DETENTION & DEPORTATION OFFICER, *NYC Field Office Hold Room (26 Federal Plaza)*; TODD LYONS, *Acting Director U.S. Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; PAMELA BONDI, *U.S. Attorney General*; DEPARTMENT OF HOMELAND SECURITY (DHS); EXECUTIVE OFFICE OF IMMIGRATION REVIEW (EOIR),<br><br>                              Respondents. | 26 Civ. 1602 (JGK)<br><br>**ORDER** |

KATHERINE POLK FAILLA, United States District Judge:

On February 26, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (the "Petition"). (Dkt. #1). That same day, the Court issued an Order in its capacity as Part I Judge that, among other things, directed Respondents to file a letter on or before February 27, 2026, providing various information, including whether this case is distinguishable from earlier cases decided by this Court and by the Judge assigned to this case. (Dkt. #4). The Government then filed that letter, which reports that Petitioner has been

1

released. (Dkt. #6). Because Petitioner is not detained, the Government explains, this case is moot. (*Id.*). The Court agrees. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:  March 2, 2026
          New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge

                                                    Part I